# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

ROGER O'DONNELL, )
)
    Plaintiff, )
)
v. ) No. 2:09CV00052 AGF
)
GEORGE LOMBARDI, et al., )
)
    Defendants. )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

So Ordered this 5th day of November, 2009.

                  E. RICHARD WEBBER
                  UNITED STATES DISTRICT JUDGE